# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE MEDTRONIC, INC. SPRINT FIDELIS LEADS PRODUCTS LIABILITY LITIGATION <br><br> This documents relates to: <br> **Lacko et al. v. Medtronic, Inc. et al.** <br> **09-cv-00960** | MDL NO. 08-1905 (RHK/JSM) <br><br> **ORDER GRANTING PLAINTIFFS' LEAD COUNSEL'S MOTION TO DISMISS** |

Upon consideration of Plaintiffs' Lead Counsel's Motion to Dismiss (Doc. No. 17), and based on the files, records and pleadings herein, **IT IS ORDERED** that the Motion is **GRANTED**, and pursuant to the Master Settlement Agreement and Federal Rule of Civil Procedure Rule 41(a), the action styled Lacko et al. v. Medtronic, Inc. et al., Civil Action No. 09-cv-00960, is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 21, 2011

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge